# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASULTY COMPANY OF AMERICA,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>LEVI C. GRAMLISCH, et al.,  )<br>)<br>Defendants.  ) | No. 4:23-cv-01440-SEP |

## MEMORANDUM AND ORDER

Before the Court is Defendants B.N., D.K., J.P.K., and James P. Kinsey, Sr.'s Joint Motion for Judgment on the Pleadings, Doc. [68]. On March 10, 2025, the Court held a Zoom hearing to discuss several issues raised in the parties' briefing. Upon consideration of the parties' arguments, the Court finds that additional briefing is necessary. Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall provide case law and analysis supporting their position that actual facts known to the insurer are relevant on a motion for judgment on the pleadings *only* if such facts *support* a duty to defend—not if they run counter to such a duty. Defendants are encouraged to address at least *Travelers Ins. Co. v. Cole*, 631 S.W.2d 661 (Mo. Ct. App. 1982), and *Allen v. Continental Western Ins. Co.*, 436 S.W.3d 548 (Mo. 2014). **Defendants' briefing shall not exceed three pages and shall be filed no later than March 19, 2025.**

**IT IS FURTHER ORDERED** that Plaintiff shall provide the Court with any cases, other than *Travelers Ins. Co. v. Cole*, 631 S.W.2d 661 (Mo. Ct. App. 1982), in which an insurer was found to have *no* duty to defend based on actual facts known to the insurer. **Plaintiff's briefing shall not exceed three pages and shall be filed no later than March 19, 2025.**

Dated this 11th day of March, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE